UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
: Chapter 11
In re: :
: Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS INC., *et al.* :
:
Debtors. :
---------------------------------------------------------------x
:
LEHMAN BROTHERS HOLDINGS INC., :
: Adversary Proceeding
Plaintiff, :
: Adv. Pro. No. 14-02392 (SCC)
-against- :
:
HOMETRUST MORTGAGE COMPANY, :
:
Defendant. :
:
---------------------------------------------------------------x
:
HOMETRUST MORTGAGE COMPANY, :
:
Appellant, : 1:15-cv-04060-LGS
:
-against- :
:
LEHMAN BROTHERS HOLDINGS INC., :
:
Appellee. :
:
---------------------------------------------------------------x

## CERTIFICATION OF SERVICE

I, John D. Giampolo, of full age, hereby certify as follows:

1. I am a partner at the law firm of Wollmuth Maher & Deutsch LLP, 500 Fifth Avenue, 12th Floor, New York, New York 10110, counsel for Appellee Lehman Brothers Holdings Inc.

2. On June 8, 2015, I caused a true and correct copy of the Memorandum of Lehman Brothers Holdings Inc. in Opposition to Hometrust Mortgage Company's Motion for Leave to Appeal Order and Memorandum Decision Denying Motion to Dismiss (ECF No. 8) to be served by filing the same with the Clerk of the Court using the CM/ECF system which sent notification of said filing to all CM/ECF participants.

3. On June 8, 2015, I also caused a true and correct copy of the Memorandum of Lehman Brothers Holdings Inc. in Opposition to Hometrust Mortgage Company's Motion for Leave to Appeal Order and Memorandum Decision Denying Motion to Dismiss (ECF No. 8) to be served upon the following via electronic mail:

- Derek L. Wright, DLWright@foley.com;
- James Brody, jbrody@americanmlg.com; and
- Tracy Henderson, thenderson@americanmlg.com.

I certify that the foregoing statements are true to the best of my knowledge. I am aware that if any of the foregoing statements be willfully false, I am subject to punishment.

Dated: New York, New York
June 9, 2015

                                           /s/ John D. Giampolo
                                                John D. Giampolo