```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/9/2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                                      :
                                                      :
IN RE: LEHMAN BROTHERS HOLDINGS   :         15 Civ. 04060 (LGS)
INC.                                                  :
                                                      :         **ORDER**
                                                      :
------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

  WHEREAS, on May 27, 2015, Hometrust Mortgage Company ("Hometrust") filed a motion for leave to appeal;

  WHEREAS, on June 8, 2015, Lehman Brothers Holding Inc. filed its opposition to the motion.

  It is hereby ORDERED that, by June 16, 2015, Hometrust shall file its reply, if any, in support of its motion.

  SO ORDERED.

Dated: June 9, 2015
   New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**