**WOLLMUTH MAHER & DEUTSCH LLP**
500 FIFTH AVENUE
NEW YORK, NEW YORK 10110

———————

TELEPHONE (212) 382-3300
FACSIMILE (212) 382-0050

August 20, 2015

<u>Via ECF</u>

The Honorable Lorna G. Schofield, U.S.D.J.
United States District Court for the
  Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *Lehman Brothers Holding Inc. v. Hometrust Mortgage Company*
               <u>Case No. 15-cv-04060</u>

Dear Judge Schofield:

      We represent Lehman Brothers Holdings Inc. ("<u>LBHI</u>") in the above-referenced action. Hometrust Mortgage Company ("<u>Hometrust</u>") filed a motion for leave to appeal (the "<u>Motion for Leave to Appeal</u>") with the Clerk of the Bankruptcy Court on May 20, 2015. The Motion for Leave to Appeal was docketed and assigned to Your Honor on May 27, 2015 and has been fully briefed. Counsel for Hometrust also filed a substantially identical motion for leave to appeal addressing an identical issue in another adversary proceeding, *LBHI v. LHM Financial Corp.*, Adv. Proc. No. 14-02393, which has been assigned to the Honorable William H. Pauley III, U.S.D.J., Case No. 15-cv-04061 (the "<u>LHM Motion for Leave to Appeal</u>"). Judge Pauley held oral argument on the LHM Motion for Leave to Appeal yesterday afternoon, August 19, 2015. For your convenience, a copy of the oral argument transcript, dated August 19, 2015, is attached hereto.

                                                    Respectfully submitted,

                                                      /s/ Adam M. Bialek

                                                      Adam M. Bialek

Attachment

cc:    Derek L. Wright (via ECF)
        Tracy L. Henderson (via ECF)
        James Brody (via ECF)